UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AIR TRANSPORT ASSOCIATION OF AMERICA, INC., et al., ) ) ) ) Plaintiffs, ) ) v. ) ) UNITED STATES DEPARTMENT OF AGRICULTURE, et al., ) ) ) Defendants. ) ) | Civil Action No. 16-0919 (PLF) |

FINAL ORDER AND JUDGMENT

For the reasons stated in the Opinion issued this same day, it is hereby

ORDERED that Plaintiffs' Motion for Summary Judgment [Dkt. No. 61] is

DENIED; it is

FURTHER ORDERED that Defendants' Motion for Summary Judgment [Dkt.

No. 63] is GRANTED; and it is

FURTHER ORDERED that judgment is entered for Defendants on Count III.

Judgment having previously been entered for Defendants on Counts I, II, and IV on

March 28, 2018, this is a final appealable order.  See FED. R. APP. P. 4(a).

SO ORDERED.


　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　PAUL L. FRIEDMAN
　　　　　　　　　　　　　　United States District Judge


DATE:  March 26, 2021